IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01207-RPM-BNB | Date: October 31, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| GORDON HOWARD **Plaintiff(s)** | *David M. Larson* |
| v. | |
| STELLAR RECOVERY, INC **Defendant(s)** | *Bethany A. Johnson* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:04 a.m.

Appearance of counsel.

Argument presented on [20] Motion to Compel the Defendant's Responses to the Plaintiff's Discovery Requests.

**ORDERED:** Request to strike general objections is DENIED

**[20] Motion to Compel is GRANTED IN PART and DENIED IN PART, subject to limitations indicated on the record. Responses are to be submitted, as indicated, on or before November 12, 2012.**

**Request for fees is DENIED as WITHDRAWN.**

Court in Recess: 11:21 a.m.    Hearing concluded.    Total time in Court: 01:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119