IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01207-RPM-BNB

GORDON HOWARD,

Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

Defendant.

___

## ORDER
___

This matter arises on **Plaintiff's Motion to Compel [etc.]** [Doc. # 20, filed 10/4/2012]. I held a hearing on the Motion to Compel and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel is GRANTED IN PART and DENIED IN PART as specified on the record; and

(2) The defendant shall provide supplemental discovery responses, in full compliance with the formalities of the Federal Rules of Civil Procedure and consistent with this Order, on or before **November 12, 2012**.

Dated October 31, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge