IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01207-RPM-BNB | Date: December 12, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| GORDON HOWARD | David M. Larson |
| **Plaintiff(s)** | |
| v. | |
| STELLAR RECOVERY, INC | Joseph J. Lico |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:37 a.m.

Appearance of counsel.

Argument presented on [37] Motion to Amend the Scheduling Order and Extend Discovery Cutoff Date and Dispositive Motion Deadline.

**ORDERED:** **[37] Motion to Amend the Scheduling Order and Extend Discovery Cutoff Date and Dispositive Motion Deadline is DENIED.**

**Final Pretrial Conference currently set for February 21, 2013 is VACATED and reset to December 20, 2012 at 1:00 p.m., proposed Final Pretrial Order to be submitted on or before December 18, 2012.**

Court in Recess:  8:55 a.m.    Hearing concluded.    Total time in Court: 00:18

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119