IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01207-RPM-BNB

GORDON HOWARD,

Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

Defendant.

---

## ORDER

---

This matter arises on defendant's **Motion to Amend Scheduling Order and Extend Discovery Cutoff Date and Dispositive Motion Deadline** [Doc. # 37, filed 11/29/2012] (the "Motion to Extend").  I held a hearing on the Motion to Extend this morning and made rulings on the record, which are incorporated here.  In general, I find that the defendant has failed to establish that despite reasonable diligence, it could not comply with the deadlines previously set.

In addition, at the parties mutual request, I granted their oral motion to reset the final pretrial conference to an earlier date.

IT IS ORDERED:

(1)    The Motion to Extend [Doc. # 37] is DENIED; and

(2)    The final pretrial conference, previously set for February 21, 2013, is VACATED and RESET to **December 20, 2012, at 1:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit a proposed final pretrial order on or before **December 18, 2012**.

Dated December 12, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge