IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01207-RPM-BNB | Date: February 19, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| GORDON HOWARD **Plaintiff(s)** | David M. Larson |
| v. | |
| STELLAR RECOVERY, INC **Defendant(s)** | Joseph J. Lico |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:08 a.m.

Appearance of counsel.

Argument presented on [49] Motion to Maintain Confidential Designation of Information and Documents Pursuant to the Protective Order.

Documents submitted for in-camera review.

**ORDERED:** [49] Motion to Maintain Confidential Designation of Information and Documents Pursuant to the Protective Order is DENIED insofar as it seeks to maintain the confidential nature of the insurance policies themselves, as distinguished from applications or other hand written notes, and is TAKEN UNDER ADVISMENT in all other respects. Written order to issue.

Court in Recess: 10:30 a.m.   Hearing concluded.   Total time in Court: 00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119