IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01207-RPM-BNB

GORDON HOWARD,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

---

## ORDER VACATING ORDER OF REFERENCE
---

    Pursuant to the hearing today, it is

    ORDERED that the Order of Reference to Magistrate Judge Boyd N. Boland [4], entered May 10, 2012, is vacated.

    DATED: August 23rd, 2013

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge