IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01207-RPM

GORDON HOWARD,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to the hearing today, it is

    ORDERED that a pretrial conference is set for **October 18, 2013, at 10:30 a.m.,** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **October 10, 2013.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

    DATED: August 23rd, 2013

                                               BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge